IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA

-v-

JOSE MIRANDA-MORALES,

        Defendant.

08-CR-6139

### ORDER

Upon the Motion of Assistant United States Attorney Jennifer M. Noto, dated November 10, 2008, wherein a request is made for the issuance of an Order for the unsealing of the Orders, Ex Parte Affidavits and any related documents deferring disclosure of any and all recordings made of the defendant on jail telephone calls.  Good cause having been shown:

IT IS HEREBY ORDERED, that the Clerk of the District Court for the Western District of New York unseal the court filings made under 08-CR-6139 on August 19, 2008 and September 26, 2008, and make copies of the documents contained therein for Assistant United States Attorney Jennifer M. Noto.

Dated:    Rochester, New York
            November 13, 2008.

                                            CHARLES J. SIRAGUSA
                                            United States District Judge